```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN STONE,

                Petitioner,                      17 **CIVIL** 8741 (VEC)

      -against-                               **JUDGMENT**

THOMAS GRIFFIN, Superintendent,
                Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 5, 2020, with no clear error in any of Judge Parker's analysis or conclusions, the R&R is adopted in full. Because the R&R gave the parties adequate warning, see R&R at 25, Stone's failure to file any objections to the R&R precludes appellate review of this decision. See Mario v. P & C Food Mkts., Inc., 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). Because appellate review is precluded, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and, therefore, permission to proceed in formapauperis for purposes of appeal is denied; accordingly, the case is closed.

**Dated:** New York, New York
           November 6, 2020

                                                              **RUBY J. KRAJICK**

                                                                Clerk of Court
                          BY:
                                                                 Deputy Clerk