USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/08/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
                                                     :

JOHN STONE,
                                                     :

                          Petitioner,    :            17-CV-8741 (VEC)

                                                     :

           -against-                 :              ORDER

                                                     :

THOMAS GRIFFIN, Superintendent,     :

                                                   :

                                Respondent. :
----------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on November 16, 2020, the Court instructed Petitioner John Stone that he may submit objections to Judge Parker's Report and Recommendation, Dkt. 23, by no later than December 11, 2020, Dkt. 27;

       WHEREAS on November 13, 2020, the Court extended Petitioner's deadline to file objections to January 4, 2021, Dkt. 29;

       WHEREAS in that same endorsement, the Court ordered that any responses to Mr. Stone's objections must be filed by no later than January 18, 2021, Dkt. 29; and

       WHEREAS on January 8, 2021, the Court received Mr. Stone's objections, which were dated December 30, 2020, Dkt. 30;

       IT IS HEREBY ORDERED that any responses to Mr. Stone's objections must be filed by no later than **Friday, January 22, 2021**.

       The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner John Stone and note the mailing on the docket.

**SO ORDERED.**

**Date:  January 8, 2021**
**       New York, NY**
                                 **VALERIE CAPRONI**
                                 **United States District Judge**