**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOHN STONE,

                Plaintiff,                    17 **CIVIL** 8741 (VEC)

       -against-                        **JUDGMENT**

THOMAS GRIFFIN, Superintendent,
                     Defendant.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated February 4, 2021, Judge Parker's R&R is adopted in full and Stone's Petition for a Writ of Habeas Corpus is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
          February 4, 2021

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**
                             **BY:**     *K. Mango*

                                                               **Deputy Clerk**